BRYAN SCHRODER
United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99501
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: ryan.tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-cr-00014-RRB-SAO |
| Plaintiff, | COUNTS 1-2: |
| | FRAUDULENT TRANSACTIONS |
| vs. | WITH AN ACCESS DEVICE |
| | Vio. of 18 U.S.C. § 1029(a)(5) |
| NATASCHA SABRINA CLARK, | |
| | COUNTS 3-7: |
| Defendant. | BANK FRAUD |
| | Vio. of 18 U.S.C. § 1344(2) |
| | |
| | COUNTS 8-11: |
| | AGGRAVATED IDENTITY THEFT |
| | Vio. of 18 U.S.C. § 1028A |

I N D I C T M E N T

The Grand Jury charges that:

## COUNTS 1-2:
## FRAUDULENT TRANSACTIONS WITH AN ACCESS DEVICE

1. On or about the dates identified below, in the District of Alaska and elsewhere, the defendant, NATASCHA SABRINA CLARK, did knowingly and with intent to defraud, effect transactions, with one or more access devices—as defined in Title 18, United States Code, Section 1029(e)(1)—issued to another person, to receive a thing of value during any one-year period the aggregate value of which is equal to or greater than $1,000, to wit, the following listed transactions, said conduct affecting interstate commerce:

| Count | Date | Description | Amount |
|---|---|---|---|
| 1 | May 25, 2017 | Use of a stolen credit card belonging to C.B. to make fraudulent purchases of item from Evolve Skateboards, Fred Meyer and Safeway | Evolve Skateboards: $2,439.90 Fred Meyer: $281.44 Safeway: $222.15 |
| 2 | November 29, 2018 to January 7, 2019 | Use of a stolen business credit card belonging to R.C.C. to make fraudulent purchases | 61 transactions totaling $4,854.14 |

All of which is in violation of Title 18, United States Code, Section 1029(a)(5), (c)(1)(A)(ii).

## COUNTS 3-7:
## BANK FRAUD

2. On or about the dates identified below, in the District of Alaska and elsewhere, the defendant, NATASCHA SABRINA CLARK, did knowingly execute and attempt to execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial

institution, to wit, Alaska USA Federal Credit Union, by means of material false and fraudulent pretenses, representations, and promises:

THE SCHEME

3. In or around November 2018, NATASCHA SABRINA CLARK stole checks for an Alaska USA Federal Credit Union account from the mailbox of M.P. NATASCHA SABRINA CLARK thereafter created or obtained a counterfeit identification document bearing M.P.'s name, address and driver's license number, but bearing the photograph of NATASCHA SABRINA CLARK.

4. Beginning in or around November 26, 2018 and continuing through November 28, 2018, NATASCHA SABRINA CLARK executed unauthorized false and fraudulent transactions using M.P.'s stolen checks at numerous businesses, and presented the counterfeit identification document bearing M.P.'s name, address and driver's license number, but bearing the photograph of NATASCHA SABRINA CLARK, to make the transactions appear to be executed by M.P., when in truth and fact they were executed by NATASCHA SABRINA CLARK for her personal benefit.

PURPOSE OF THE SCHEME

5. NATASCHA SABRINA CLARK executed the unauthorized transactions to obtain funds from Victim Businesses to which she was not entitled in order to obtain items for NATASCHA SABRINA CLARK's personal benefit.

MANNER AND MEANS

6. Using material false and fraudulent representations, on or about the dates set forth below, in the District of Alaska and elsewhere, NATASCHA SABRINA CLARK

knowingly executed, or attempted to execute, the above-described scheme to obtain money and property under the custody and control of Alaska USA Federal Credit Union by causing the transfer of funds from an Alaska USA Federal Credit Union account to numerous businesses for NATASCHA SABRINA CLARK's personal benefit with each transfer constituting a separate and distinct count as identified below:

| Count | Date | Description | Detail |
|---|---|---|---|
| 3 | November 26, 2018 | Use of stolen check belonging to M.P. ending in 4903 to make fraudulent purchases at Fred Meyer | $75.27 |
| 4 | November 27, 2018 | Use of stolen check belonging to M.P. ending in 4915 to make fraudulent purchases at Fred Meyer | $212.74 |
| 5 | November 27, 2018 | Use of stolen check belonging to M.P. ending in 4905 to make fraudulent purchases at Barnes & Noble | $350.84 |
| 6 | November 28, 2018 | Use of stolen check belonging to M.P. ending in 4908 to make fraudulent purchases at Ulta Salon | $206.44 |
| 7 | November 28, 2018 | Use of stolen check belonging to M.P. ending in 4909 to make fraudulent purchases at Ulta Salon | $145.50 |

All of which is in violation of Title 18, United States Code, Section 1344(2).

## COUNTS 8-11:
## AGGRAVATED IDENTITY THEFT

7. On or about the dates identified below, in the District of Alaska, the defendant, NATASCHA SABRINA CLARK, during and in relation to the commission of a felony enumerated in Title 18, United States Code, Section 1028A, to wit:

| Counts | Enumerated Felony Offense |
|---|---|
| 8-9 | Fraudulent Transactions with an Access Device on May 25, 2017 and November 29, 2018 to January 7, 2019, within the Jurisdiction of the United States, in violation of 18 U.S.C. § 1029(a)(5), as alleged in Counts 1-2 |
| 10-11 | Bank Fraud on November 28, 2018, within the Jurisdiction of the United States, in violation of 18 U.S.C. § 1344(2), as alleged in Counts 6-7 |

did knowingly possess and use, without lawful authority, a means of identification of another actual person, knowing that the means of identification belonged to another actual person.

All of which is in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

                                      s/ Grand Jury Foreperson
                                      GRAND JURY FOREPERSON

s/ Ryan D. Tansey
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: August 21, 2019